SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Gary Machado, et al,<br><br>        Defendants | Case No. **2:11-cv-02496-WBS-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF SHAWNIE MACHADO**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS HEREBY ORDERED THAT Defendant, Shawnie Machado is hereby dismissed Without Prejudice pursuant to FRCP 41(a)(2). This case is to remain open with remaining Defendants.

Date:  November 23, 2011

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02496-WBS-DAD - 1