SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02496-WBS-DAD** |
|           Plaintiff, | ) **ORDER RE: REQUEST FOR DISMISSAL OF SHAWNIE MACHADO** |
|      vs. | ) |
| Gary Machado, et al, | ) Case to Remain Open with Remaining Defendants |
|           Defendants | ) |

   IT IS HEREBY ORDERED THAT Defendant, Shawnie Machado is hereby dismissed Without Prejudice pursuant to FRCP 41(a)(2). This case is to remain open with remaining Defendants.

                                Date:  November 23, 2011

                                *[signature]*
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02496-WBS-DAD - 1