SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02496-WBS-DAD** |
|       Plaintiff, | ) **ORDER RE: STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |
|    vs. | ) |
| Gary Machado, et al | ) |
|       Defendants | ) |

IT IS HEREBY ORDERED THAT the parties shall have the Scheduling Conference is continued to **April 2, 2012 at 2:00 p.m.**  A Joint Status Report shall be filed no later than **March 19, 2012**.

Date:  January 20, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE